*Kent Drager*, senior assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* OMAR J. MILLER

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Omar J. Miller*, pro se, in support of the petition.

Decided October 31, 2000

JAMES DAY *v.* CITY OF MIDDLETOWN ET AL.

PALMER, J., did not participate in the consideration or decision of this petition.

*James F. Aspell*, in support of the petition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* MOHAMMED ALI